IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00627-AP

JEANINE CHAVEZ,

          Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel | John F. Walsh |
| 3000 Pearl Street,  #212 | United States Attorney |
| Boulder, Colorado 80301-2431 | |
| 303-449-6503 | William G. Pharo |
| chrisildar@comcast.net | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, |
| | Denver, Colorado 80202 |
| | (303) 844-0815 |
| | Stephanie.kiley@ssa.gov |

2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.      DATES OF FILING OF RELEVANT PLEADINGS

A.      Date Complaint was filed:                                   March 13, 2012
B.      Date Complaint was served on U.S. Attorney's Office:        March 14, 2012
C.      Date Answer and Administrative Record were filed:           May 14, 2012

4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff states that the administrative record cannot be vouched for until it has been completely and finally reviewed after filing Plaintiff's opening brief.

Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.

5.      STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff states that additional evidence may be required depending on what a review of the record reveals.  See paragraph four above.

Defendant does not intend to submit additional evidence.  In the event Plaintiff seeks to supplement the record, Defendant requests an opportunity to review the additional evidence and an opportunity to respond to Plaintiff's request to supplement the record.

6.      STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff reiterates her caveat regarding the administrative record.

Defendant, to the best of his knowledge, does not believe the cases raises unusual claims or defenses.

7.      OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8.      BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

A.      Plaintiff's opening brief due                       July 16, 2012
B.      Defendant's response brief due                    August 15, 2012
C.      Plaintiff's reply brief (if any) due               August 30, 2012

9.      STATEMENTS REGARDING ORAL ARGUMENT

A.      Plaintiff does request oral argument.
B.      Defendant does not request oral argument.

10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States
Magistrate Judge.

11.     OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR
CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY
SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED
UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only
upon a showing of good cause.


DATED this 5th day of June, 2012.

                                        BY THE COURT:


                                        *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

S/Chris R. Noel                                         JOHN F. WALSH
Chris R. Noel                                           United States Attorney
3000 Pearl Street, #212
Boulder, Colorado 80301-2431                            WILLIAM G. PHARO
303-449-6503                                            Assistant United States Attorney
                                                        District of Colorado

                                                        s/Stephanie Lynn F. Kiley
                                                        Stephanie Lynn F. Kiley
                                                        Special Assistant United States Attorney
                                                        Office of the General Counsel
                                                        Social Security Administration
                                                        1001 Seventeenth Street
                                                        Denver, Colorado 80202
                                                        (303) 844-0815
                                                        Stephanie.kiley@ssa.gov