IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00627-LTB

JEANINE CHAVEZ,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on October 24, 2012, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is REVERSED. It is

FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Jeanine Chavez and against Defendant, Michael Astrue, Commissioner of Social Security.

DATED at Denver, Colorado this  25th  day of October, 2012.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: s/ Edward P. Butler
                        Edward P. Butler, Deputy Clerk