**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-00627-LTB

JEANINE CHAVEZ,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

_____

**ORDER**
_____

Upon the parties Stipulated Motion for an Award of Attorney Fees (Doc 22), it is

ORDERED that the Motion is GRANTED and Plaintiff shall receive a total EAJA award of $5,500.00. Payment of this compromise settlement shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Further, this award is without prejudice to Plaintiff's attorney's right to seek attorney fees under Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. The award shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:  December 13, 2012